IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

BRIAN DAVIS and JUDY DAVIS,          )
                                     )
            Plaintiffs,              )     TC-MD 160217N
                                     )
      v.                             )
                                     )
DEPARTMENT OF REVENUE,               )
State of Oregon,                     )
                                     )
                                     )
            Defendant.               )     **FINAL DECISION**[1]

This matter came before the court on Defendant's Answer, filed June 21, 2016.  Plaintiffs

filed their Complaint on May 5, 2016, stating that Defendant's Statement of Account was in

error because "the tax form was not sent," and requesting that the court "calculate [the] correct

amount owed as per tax form[.]"  Plaintiffs attached a copy of their 2013 Oregon Individual

Income Tax Return to their Complaint.

In its Answer, Defendant stated that it had received Plaintiffs' 2013 tax return and that it

was "processed through [Defendant] agreeing with the tax due."  Defendant stated: "This

account is paid in full."  Defendant requested that Plaintiffs' Complaint be dismissed.

Because the parties are in agreement, the case is ready for decision.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered July 13, 2016.  The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is granted. Defendant shall accept Plaintiffs' 2013 Oregon Individual Income Tax Return as filed.

Dated this ____ day of August, 2016.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by **mailing** to: 1163 State Street, Salem, OR 97301-2563; or by **hand delivery** to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within **60** days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on August 2, 2016.*